UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CESARIO GARCIA ESPINDOLA,

                        Plaintiff,

          -v-

PANCHOS PIZZERIA INC et al.,

                        Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2019

18 Civ. 3373 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      On August 1, 2019, the parties submitted a proposed Settlement Agreement and Release, Dkt. 43-1 ("Agreement"), a letter in support of the agreement, Dkt. 43 ("Letter"), and a chart of plaintiff's counsel's billing record, Dkt. 43-3, in this Fair Labor Standards Act ("FLSA") and New York Labor Law action. On August 2, 2019, the Court asked the parties to revisit the settlement amounts calculated in the Agreement to account for a discrepancy between the Agreement and the Letter. On August 5, 2019, the parties filed a letter, Dkt. 45 ("Follow-Up") satisfactorily explaining the amounts to be distributed under the Agreement.

      The Court has carefully reviewed the Agreement and supporting documents. The Court concludes, substantially for the reasons stated in the parties' Letter and Follow-Up, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay $11,623.34 to plaintiff, and $6,376.67 in attorneys' fees to plaintiff's attorney, Michael Faillace & Associates. The Agreement therefore allocates one third of the settlement amount, net of costs, to plaintiff's counsel as attorneys' fees. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair

and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement.

SO ORDERED.

                                               Paul A. Engelmayer
                                               Paul A. Engelmayer
                                               United States District Judge

Dated: August 6, 2019
       New York, New York